**UNITED STATES of America, Plaintiff–Appellee**

v.

**Felix GUERRA, Defendant–Appellant.**

**No. 10–41084
Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 25, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES and ELROD, Circuit Judges.

PER CURIAM: *

Felix Guerra appeals his sentence for being unlawfully present in the United States after having been deported in violation of 8 U.S.C. § 1326. Guerra argues that the district court committed plain error by assigning two criminal history points to his 1996 conviction for possession of marijuana. The Government concedes that the incorrect criminal history calculation resulted in reversible plain error.

---

After reviewing the record and the applicable law, we agree that the district court committed plain error by assigning two criminal history points to Guerra's 1996 conviction for possession of marijuana. *See United States v. Arviso–Mata,* 442 F.3d 382, 385 (5th Cir.2006); § 4A1.2(e)(1)-(3); § 4A1.2(k)(2)(B). Accordingly, we vacate Guerra's sentence and remand for resentencing. *See Arviso–Mata,* 442 F.3d at 385.

CONVICTION AFFIRMED; SENTENCE VACATED; CASE REMANDED

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.